NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
nwieczorek@clarkhill.com
JEREMY J. THOMPSON
Nevada Bar No. 12503
jthompson@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

*Attorneys for Defendant*
*Terra West Collections LLC dba Assessment*
*Management Services*

MELISSA INGLEBY
Nevada Bar No.: 12935
**THE LAW OFFICE OF VERNON NELSON**
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Telephone: (702) 476-2500
Facsimile: (702) 476-2788

*Attorneys for Plaintiff, Vernon Nelson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>Plaintiff,<br><br>v.<br><br>TERRA WEST COLLECTIONS LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendant. | Case No.: 2:18-cv-01448-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Vernon Nelson ("Plaintiff"), by and through his attorney of record, Melissa Ingleby of The Law Office of Vernon Nelson and Defendant Terra West Collections LLC dba Assessment Management Services ("Defendant"), by and through its attorneys of record, Nicholas M. Wieczorek

and Jeremy J. Thompson of Clark Hill PLLC, hereby stipulate and agree that Plaintiff Vernon Nelson filed a Complaint against Defendant on August 6, 2018 and Defendant's response to said Complaint was due on September 4, 2018. The parties agree that Defendant shall have until September 24, 2018 to file a response to Plaintiff's Complaint and that any such responsive pleading by that date shall be deemed timely filed. This is the first request for extension to file a response in this matter.

IT IS SO STIPULATED on this ___ day of September, 2018.

**THE LAW OFFICE OF VERNON NELSON**       **CLARK HILL PLLC**

By: */s/ Melissa Ingleby*
    MELISSA INGLEBY
    Nevada Bar No.: 12935
    9480 S. Eastern Avenue, Suite 252
    Las Vegas, Nevada 89123
    Attorney for Plaintiff

By: */s/ Nicholas M. Wieczorek*
    NICHOLAS M. WIECZOREK
    Nevada Bar No. 6170
    JEREMY J. THOMPSON
    Nevada Bar No. 12503
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
    Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2018