NICHOLAS M. WIECZOREK
Nevada Bar No. 006170
JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL, PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: nwieczorek@clarkhill.com
jthompson@clarkhill.com
*Attorneys for Terra West Collections*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VERNON NELSON,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA WEST COLLECTIONS LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendants. | **CASE NO.**:2:18-CV-01448-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE**<br>**(FIRST REQUEST)** |

**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE**

**(FIRST REQUEST)**

Defendant Terra West Collections LLC dba Assessment Management Services ("Defendant"), by and through its attorney of record Clark Hill PLLC, and plaintiff Vernon Nelson ("Plaintiff"), by and through his attorney of record The Law Office of Vernon Nelson, hereby stipulate and agree that Defendant's reply in support of its Motion for Summary Judgment (ECF No. 7) is due on October 30, 2018, that Defendant's opposition to Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 10) is due on October 30, 2018, and that Defendant's opposition to Plaintiff's Rule 56(d) Motion (ECF No. 12) is due on October 31, 2018. The parties agree that Defendant shall have until November 19, 2018 to file the aforementioned reply and oppositions and that any such filings submitted by that date shall be deemed timely filed.

Page 1

IT IS SO STIPULATED on this 2nd day of November, 2018.


| | |
|---|---|
| CLARK HILL, PLLC | THE LAW OFFICES OF VENON NELSON |
| /s/ Jeremy Thompson | /s/ Vernon Nelson |
| NICHOLAS M. WIECZOREK | VERNON NELSON |
| JEREMY J. THOMPSON | THE LAW OFFICE OF VERNON NELSON |
| CLARK HILL, PLLC | 9480 S. Eastern Ave., Ste. 252 |
| 3800 Howard Hughes Parkway, Suite 500 | Las Vegas, NV 89123 |
| Las Vegas, NV 89169 | Attorneys for Plaintiff |
| Attorneys for Defendant | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: November 5, 2018