NICHOLAS M. WIECZOREK
Nevada Bar No. 006170
JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL, PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: nwieczorek@clarkhill.com
jthompson@clarkhill.com
*Attorneys for Terra West Collections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA WEST COLLECTIONS LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendants. | **CASE NO.**:2:18-CV-01448-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendant Terra West Collections LLC dba Assessment Management Services ("Defendant"), by and through its attorney of record Clark Hill PLLC, and plaintiff Vernon Nelson ("Plaintiff"), by and through his attorney of record The Law Office of Vernon Nelson, hereby stipulate and agree that this action be dismissed in its entirety with prejudice with each party to bear their own attorneys' fees and costs.

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

| | |
|---|---|
| 1 | IT IS SO STIPULATED on this 5th day of December, 2018. |

| | |
|---|---|
| CLARK HILL, PLLC | THE LAW OFFICES OF VENON NELSON |
| /s/ Jeremy J. Thompson | /s/ Jennifer Golanics |
| NICHOLAS M. WIECZOREK | JENNIFER GOLANICS |
| Nevada Bar No. 6170 | Nevada Bar No. 13687 |
| JEREMY J. THOMPSON | THE LAW OFFICE OF VERNON NELSON |
| Nevada Bar No. 12503 | 9480 S. Eastern Ave., Ste. 252 |
| CLARK HILL, PLLC | Las Vegas, NV 89123 |
| 3800 Howard Hughes Parkway, Suite 500 | Attorneys for Plaintiff |
| Las Vegas, NV 89169 | |
| Attorneys for Defendant | |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of December, 2018.